ATLANTIC CITY RAILROAD COMPANY, respondent,

*v.*

R. FRANCIS WOOD, appellant.

[Argued December 1st and 2d, 1910.   Decided March 6th, 1911.]

On appeal from a decree of the court of chancery advised by Vice-Chancellor Reed.

*Mr. Gilbert Collins,* for the appellant.

*Mr. Robert H. McCarter,* for the respondent.

PER CURIAM.

The decree appealed from is affirmed for the reasons stated in the opinion of Vice-Chancellor Reed.

*For affirmance*—THE CHIEF-JUSTICE, GARRISON, SWAYZE, TRENCHARD, BERGEN, VOORHEES, MINTURN, BOGERT, VROOM, CONGDON—10.

*For reversal*—PARKER, VREDENBURGH—2.